■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PATTERSON, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered August 24, 1972, convicting him of robbery in the third degree, rape in the first degree and burglary in the third degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing defendant's conviction of rape in the first degree and the sentence imposed thereon, and the said count is dismissed. As so modified, judgment affirmed. In our opinion, the corroboration of the rape required under the statute then in effect (Penal Law, § 130.15) was insufficient with respect to the identification of the defendant. The other evidence in the record amply sustains the convictions of robbery in the third degree and burglary in the third degree. No prejudicial error resulted from the prosecution's failure to produce fingerprint photographs since they had been received in evidence and testimony was adduced that the lifted fingerprints were not those of the defendant. Rabin, Acting P. J., Hopkins, Latham, Margett and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO PENA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered December 28, 1972, convicting him, after trial, of criminally selling a dangerous drug in the third degree (two counts) and criminally possessing a dangerous drug in the fourth and sixth degrees (four counts) and imposing sentence. By an order dated July 29, 1974, this court reversed the judgment and ordered a new trial, on the authority of *People v Goggins* (34 NY2d 163). On October 30, 1975 the Court of Appeals reversed the order of this court and remitted the case to this court for review of the facts *(People v Pena,* 45 AD2d 1038, revd 37 NY2d 642). Judgment affirmed. The trial court properly refused to compel disclosure of an informant's identity *(People v Pena,* 37 NY2d 642, supra) and the sentence imposed was not excessive. Gulotta, P. J., Hopkins, Martuscello, Christ and Shapiro, JJ., concur.